456 A.2d 1094

Spayd, et al. v. Rigo, Inc., Appellant.

 Argued December 15, 1981. William G. Sherr, for appellant; John C. Tywalk, for appellees.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.

February 18, 1983.

456 A.2d 1095

Badger a/k/a Heikes, Appellant v. Badger.

 Argued January 7, 1981. Richard C. Snelbaker, for appellant; Robert C. Saidis, for appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.*

Order affirmed.

* This decision was reached prior to the death of Judge Price.